# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-258 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ALAN RODRIGUEZ (ID#) 6004125 |
| vs. | |
| ALAN RODRIGUEZ, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ALAN RODRIGUEZ** before the United States District Court at Las Vegas, Nevada, on or about Thursday, August 24, 2017 Courtroom 3B, PAL _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 15, 2017

_____
UNITED STATES MAGISTRATE JUDGE

1  STEVEN W. MYHRE
   Acting United States Attorney
2  RICHARD ANTHONY LOPEZ
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  (702) 388-6336
   richard.lopez2@usdoj.gov
5

6  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr- 258 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ALAN RODRIGUEZ |
| vs. | (ID#) 6004125 |
| ALAN RODRIGUEZ, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ALAN RODRIGUEZ** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **ALAN RODRIGUEZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **ALAN RODRIGUEZ** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ___ Thursday, August 24, 2017 Courtroom 3B, PAL _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ALAN RODRIGUEZ** before the United States District Court on or about ___ Thursday, August 24, 2017 Courtroom 3B, PAL _____, at the hour of 3:00 p.m.,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ALAN RODRIGUEZ** before the United States District Court on or about Thursday, August 24, 2017 Courtroom 3B, PAL, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 15th day of August, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

RICHARD ANTHONY LOPEZ
Assistant United States Attorney

2