STEVEN W. MYHRE
Acting United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
richard.lopez2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCELYN CAPRICE PINEDA et al.,<br><br>Defendants. | Case No. 2:17-cr-00258-APG-GWF<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE AND INDICTMENT (ECF 16) |

The United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, respectfully moves this Honorable Court for an Order unsealing this case and the indictment filed at ECF 16.

The sealed indictment in this case charges three defendants with crimes related to mail theft and identity theft. Two of the defendants were arrested on Complaints (see United States v. Pineda, No. 2:17-mj-00806-VCF; United States v. Roberts, No. 2:17-mj-00807-VCF), made their initial appearances, and are represented by counsel. Because the third defendant is currently in state custody at

Clark County Detention Center, there is no need for the indictment or the case to remain under seal.

Accordingly, the Government requests that the Court unseal the case and the indictment.

DATED this 22nd day of August, 2017.

                                                Respectfully submitted,
                                                STEVEN W. MYHRE
                                                Acting United States Attorney

                                                */s/ Richard Anthony Lopez*
                                                RICHARD ANTHONY LOPEZ
                                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCELYN CAPRICE PINEDA et al.,<br><br>Defendants. | Case No. 2:17-cr-00258-APG-GWF<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE AND INDICTMENT (ECF 16) |

### ORDER

Based on the Government's Motion to Unseal the Case and Superseding Indictment in the above-captioned matter and good cause appearing therefore,

IT IS SO ORDERED that this case and the Indictment (ECF 16) be unsealed.

DATED this __24th__ day of August, 2017.

_____
**HONORABLE ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above GOVERNMENT'S MOTION TO UNSEAL CASE AND INDICTMENT (ECF 16) on Counsel of Record via electronic mail and by first class mail at the addresses below:

James A. Oronoz
Oronoz, Ericsson & Gaffney LLC
1050 Indigo Drive, Suite 120
Las Vegas NV 89145
jim@oronozlawyers.com
*Counsel for Defendant Jocelyn Caprice Pineda*

Raquel Lazo
Federal Public Defender Office
411 E Bonneville Ave, Suite 250
Las Vegas NV 89101
Raquel_Lazo@fd.org
*Counsel for Defendant Jason Lee Roberts*

Dated: August 22, 2017

RICHARD ANTHONY LOPEZ
Assistant United States Attorney