# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALAN RODRIGUEZ,

Defendant.

Case No. 2:17-cr-00258-APG-GWF

**Preliminary Order of Forfeiture**

This Court finds that defendant Alan Rodriguez pled guilty to Counts Four, Six, Ten, Twelve, and Twenty-One of a Twenty-One-Count Superseding Criminal Indictment charging him in Counts Four and Six with Possession of Stolen Mail in violation of Title 18, United States Code, Section 1708; in Counts Ten and Twelve with Possession of 15 or More Counterfeit or Unauthorized Access Devices in violation of Title 18, Unites States Code, Section 1029(a)(3); and in Count Twenty-One with Aggravated Identity Theft in violation of Title 18, United States Code, Section 1028A(a)(1). Superseding Criminal Indictment, ECF Nos. 59 and 69; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Alan Rodriguez agreed to the forfeiture of the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF Nos. 59 and 69; Bill of Particulars, ECF No. 81; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Criminal Indictment and the offenses to which defendant Alan Rodriguez pled guilty.

The following property is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1029(a)(3), or a conspiracy to commit such offense; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1708, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense; (3) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United State Code, Section 1028A(a)(1) with 1028A(c)(4), or a conspiracy to commit such offense; (4) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Section 1029(a)(3), or a conspiracy to violate such offense; and (5) any personal property used or intended to be used to commit the violations of Title 18, United States Code, Section 1029(a)(3), and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(p):

i. any and all fraudulent identification documents including, but not limited to at least:

a) any and all social security cards including, but not limited to at least the following cards (identified by initials of the card holder and last four digits of the social security number)

| A.B. / 8426 | A.T. / 6893 | B.B. / 1456 | B.P. / 1910 |
| E.B. / 2264 | E.C. / 8066 | H.F. / 7113 | J.F. / 2025 |
| K.J. / 8531 | K.M. / 0227 | M.B. / 5857 | W.B. / 0189 |

b) any and all driver's licenses or identification cards including, but not limited to at least:

1. Nevada driver's licenses in the name of A.A., A.G., A.L., B.B., D.W., I.B., J.M., L.P., M.B., M.L., M.Z., R.A., R.M., T.D., V.P., V.S., and W.C.;

2. Nevada identification card in the name of L.S.;

3. Ohio driver's license in the name of I.G.;

4. U.S. Employment Authorization Card in the name of D.C.; and

5. U.S. passport in the name of B.D.

ii. any and all fraudulent access devices including, but not limited to at least:

a) any and all credit or debit cards including, but not limited to at least the following cards (identified by the initials of the card holder and the last four digits of the card number):

| A.A. / 2678 | A.B. / 9542 | A.C. / 3302 | A.C. / 7232 | A.C. / 7376 |
| A.H. / 1996 | A.H. / 3319 | A.H. / 8238 | A.L. / 2409 | A.L. / 7709 |
| A.N. / 2821 | A.S. / 6957 | A.S. / 7164 | B.B. / 1472 | B.B. / 4613 |

3

| | | | | |
|---|---|---|---|---|
| B.B. / 5452 | B.B. / 8453 | B.J. / 7893 | B.M. / 1515 | B.P. / 1526 |
| B.S. / 3454 | B.S. / 3496 | B.S. / 9533 | B.T. / 1705 | C.D. / 4096 |
| C.P. / 4745 | C.S. / 2834 | C.S. / 3466 | C.T. / 5225 | C.V. / 4511 |
| D.A. / 8664 | D.B. / 6819 | D.C. / 0055 | D.G. / 1137 | D.G. / 4002 |
| D.K. / 2919 | D.M. / 0657 | D.M. / 1576 | D.M. / 8317 | D.N. / 7127 |
| D.S. / 2380 | D.T. / 6159 | D.W. / 7658 | E.E. / 6145 | E.F. / 7324 |
| E.H. / 8898 | E.M. / 4822 | E.M. / 6611 | E.P. / 4875 | E.S. / 3810 |
| F.C. / 2090 | F.C. / 4171 | F.E. / 5061 | F.J. / 0710 | G.M. / 7837 |
| G.Q. / 6233 | G.R. / 9027 | H.G. / 7765 | I.A. / 5236 | I.C. / 5113 |
| I.G. / 3008 | I.G. / 5146 | I.G. / 6190 | I.P. / 3925 | J.A. / 2350 |
| J.A. / 3868 | J.A. / 6801 | J.A. / 7371 | J.C. / 6125 | J.C. / 7366 |
| J.C. / 7763 | J.D. / 3230 | J.F. / 0551 | J.F. / 2501 | J.G. / 3253 |
| J.G. / 4012 | J.H. / 7869 | J.H. / 7999 | J.H. / 8821 | J.L. / 8492 |
| J.M. / 0432 | J.M. / 1720 | J.M. / 5845 | J.M. / 7407 | J.M. / 9871 |
| J.N. / 9735 | J.P. / 1614 | J.P. / 3955 | J.P. / 7556 | J.R. / 9843 |
| J.S. / 2583 | J.S. / 8737 | J.V. / 6037 | K.B. / 2902 | K.D. / 2602 |
| K.E. / 0801 | K.H. / 6054 | K.H. / 6287 | K.H. / 7541 | K.M. / 6289 |
| K.S. / 7840 | K.T. / 1016 | K.V. / 0826 | L.A. / 8790 | L.C. / 5346 |
| L.D. / 0319 | L.E. / 6145 | L.F. / 2210 | L.F. / 5381 | L.G. / 7777 |
| L.H. / 8487 | L.H. / 8487 | L.J. / 0225 | L.S. / 1004 | L.S. / 1084 |
| L.S. / 3210 | L.T. / 3008 | L.U. / 8911 | L.W. / 5637 | M.B. / 0143 |
| M.B. / 1508 | M.B. / 7704 | M.C. / 4071 | M.E. / 1115 | M.F. / 4052 |
| M.H. / 5750 | M.H. / 9438 | M.L. / 3801 | M.L. / 3997 | M.M. / 3895 |
| M.P. / 1840 | M.R. / 3222 | M.S. / 5721 | M.S. / 7904 | M.S. / 9067 |
| M.S. / 9437 | M.T. / 0032 | M.U. / 0057 | N.H. / 9744 | N.M. / 8320 |
| N.P. / 8919 | N.V. / 6037 | N.W. / 4051 | P.C. / 3828 | P.C. / 5485 |
| P.C. / 8146 | P.D. / 5431 | P.D. / 9543 | P.H. / 6510 | P.O. / 6817 |
| P.S. / 7709 | P.W. / 7928 | R.A. / 3752 | R.B. / 7531 | R.B. / 8060 |
| R.D. / 4665 | R.G. / 0586 | R.G. / 4591 | R.H. / 7010 | R.K. / 4735 |
| R.L. / 1585 | R.L. / 3349 | R.M. / 3554 | R.R. / 4568 | R.S. / 5511 |
| R.T. / 1172 | R.Z. / 0104 | R.Z. / 0772 | S.B. / 7166 | S.B. / 9695 |
| S.C. / 0320 | S.C. / 2853 | S.D. / 0292 | S.H. / 4886 | S.J. / 9879 |
| S.K. / 5084 | S.K. / 8345 | S.L. / 0366 | S.L. / 0717 | S.L. / 1173 |
| S.L. / 2028 | S.L. / 3989 | S.L. / 9663 | S.N. / 1026 | S.S. / 1590 |
| S.V. / 4511 | S.W. / 4163 | S.W. / 4975 | S.Y. / 2789 | T.A. / 4074 |
| T.C. / 5477 | T.C. / 6372 | T.D. / 9171 | T.E. / 8752 | T.G. / 6596 |
| T.G. / 6965 | T.J. / 5283 | T.M. / 0627 | T.M. / 1855 | T.M. / 7202 |
| T.N. / 1264 | T.S. / 0569 | T.W. / 1292 | T.W. / 6846 | V.C. / 7691 |
| V.K. / 2812 | V.T. / 5815 | W.D. / 1611 | W.D. / 5431 | W.L. / 3741 |
| W.S. / 3593 | W.S. / 6917 | X.L. / 7755 | Y.A. / 1939 | Y.V. / 8340 |
| Z.E. / 0646 | | | | |

b) any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers including, but not limited to at least the following card numbers (identified by the initials of the account holder and the last four digits of the card number):

| | | | | |
|---|---|---|---|---|
| A.B. / 0144 | A.B. / 2164 | A.B. / 3169 | A.D. / 5432 | A.D. / 8763 |
| A.M. / 7169 | A.P. / 1604 | A.P. / 4988 | B.B. / 8426 | B.C. / 6479 |
| B.P. / 0651 | B.S. / 1837 | B.S. / 3620 | C.L. / 8995 | D.F. / 4839 |
| D.H. / 4773 | E.A. / 9096 | E.T. / 5307 | E.V. / 8246 | F.O. / 0033 |
| G.F. / 4821 | I.F. / 6458 | J.D. / 6688 | J.F. / 4291 | J.H. / 6724 |
| J.R. / 1502 | J.R. / 5667 | K.H. / 1960 | K.K. / 6152 | K.M. / 7363 |
| L.A. / 7722 | L.W. / 2222 | L.W. / 4120 | M.A. / 1790 | M.B. / 5482 |
| M.G. / 2541 | M.K. / 6887 | N.F. / 2040 | N.K. / 2278 | N.L. / 8466 |
| N.P. / 4400 | P.I. / 9279 | R.K. / 3555 | S.B. / 7442 | S.M. / 7508 |
| S.O. / 2578 | S.O. / 7205 | S.O. / 8360 | S.S. / 7165 | S.T. / 1964 |
| T.A. / 2110 | T.G. / 5089 | T.S. / 5031 | V.C. / 8789 | Z.W. / 8958 |

c) any and all notebooks, checks, account statements, and other papers containing bank account numbers including, but not limited to at least the following account numbers (identified by the bank and last four digits of the account numbers):

1. 1st Bank account ending in 3278;

2. America First Credit Union account ending in 3199;

3. BancFirst account ending in 2448;

4. Bank of America accounts ending in 0077, 0243, 1031, 1054, 1072, 1189 1624, 2194, 2194, 2234, 2273, 2478, 2662, 2723, 2874, 2952, 3084, 3308, 5296, 5466, 6283, 6599, 6611, 6637, 8386, 8399, 8481, 8494, 8663, and 9817;

5. Bank of Nevada account ending in 1802;

6. Boulder Dam Credit Union account ending in 4007;

7. Central Bank account ending in 8477;

8. Chase Bank accounts ending in 0238, 0621, 0692, 0863, 2239, 3013, 3020, 3392, 3442, 6339, 7251, 7277, 7609, 8555, and 8855;

9. Citibank accounts ending in 7816 and 4955;

10. Clark County Credit Union accounts ending in 1592, 2175, 2527, and 8256;

11. Comerica Bank accounts ending in 8912 and 5212;

12. Discover Bank account ending in 8846;

13. Fifth Third Bank account ending in 6420;

14. Financial Horizons Credit Union account ending in 5009;

15. First Niagara Bank account ending in 6257;

16. In Touch Credit Union accounts ending in 0036 and 8172;

17. Navy Federal Credit Union accounts ending in 2068, 2509, 2756, 4922, 8980, 9004, 9004, 9096, 9462, and 9920;

18. Nevada State Bank accounts ending in 5315 and 8325;

19. North Shore Bank account ending in 0707;

20. One Nevada Credit Union accounts ending in 2997, 3692, and 4966;

21. PNC Bank account ending in 2265;

22. River Cities Bank account ending in 6321;

23. Trust One Financial account ending in 0216;

24. UMB Bank account ending in 1478;

25. Union Bank account ending in 1483;

26. US Bank accounts ending in 1517, 3953, 5247, 5313, 6138, 6903, 8308, and 9821;

27. USAA Federal Savings Bank accounts ending in 0592, 5735, and 6668;

28. Washington Mutual Bank account ending in 3479;

29. Wells Fargo Bank account ending in 0421, 0583, 0891, 0904, 1079, 1199, 1324, 1511, 2230, 2555, 2661, 2951, 3175, 3183, 3253, 3824, 3901, 4142, 4404, 4760, 5080, 5130, 5231, 5477, 5511, 5554, 5727 , 6006, 6407, 7031, 7250, 7347, 7367, 7401, 8256, 8945, 9143, 9420, and 9829;

30. Wintrust Bank accounts ending in 0361, 0395, 2246, 3742, 5118, 5133, 6734, 6803, 6899, and 9244;

iii. any and all stolen mail including, but not limited to at least 2,000 pieces of mail

(all of which constitutes property);

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory
2 rights, ownership rights, and all rights, titles, and interests of Alan Rodriguez in the
3 aforementioned property is forfeited and is vested in the United States of America
4 and shall be safely held by the United States of America until further order of the
5 Court.
6       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United
7 States of America shall publish for at least thirty (30) consecutive days on the official
8 internet government forfeiture website, www.forfeiture.gov, notice of this Order,
9 which shall describe the forfeited property, state the time under the applicable
10 statute when a petition contesting the forfeiture must
11 be filed, and state the name and contact information for the government attorney to
12 be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21,
13 United States Code, Section 853(n)(2).
14      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any
15 individual or entity who claims an interest in the aforementioned property must file
16 a petition for a hearing to adjudicate the validity of the petitioner's alleged interest
17 in the property, which petition shall be signed by the petitioner under penalty of
18 perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28,
19 United States Code, Section 1746, and shall set forth the nature and extent of the
20 petitioner's right, title, or interest in the forfeited property and any additional facts
21 supporting the petitioner's petition and the relief sought.
22      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
23 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las

Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 16 day of January, 2018.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE