FILED \_\_\_\_ RECEIVED
\_\_\_\_ ENTERED \_\_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 19 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALAN RODRIGUEZ,

Defendant.

Case No. 2:17-cr-00258-APG-GWF

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Alan Rodriguez to the criminal offenses, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Alan Rodriguez pled guilty. Superseding Criminal Indictment, ECF Nos. 59 and 69; Bill of Particulars, ECF No. 81; Preliminary Order of Forfeiture, ECF No. 88; Plea Agreement, ECF No. 89; Change of Plea, ECF No. 90.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 28, 2018, through February 26,

1 | 2018, notifying all potential third parties of their right to petition the Court. Notice
2 | of Filing Proof of Publication, ECF No. 96.

3 | This Court finds no petition was filed herein by or on behalf of any person or
4 | entity and the time for filing such petitions and claims has expired.

5 | This Court finds no petitions are pending with regard to the property named
6 | herein and the time for presenting such petitions has expired.

7 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
8 | that all possessory rights, ownership rights, and all rights, titles, and interests in
9 | the property hereinafter described is condemned, forfeited, and vested in the United
10 | States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim.
11 | P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United
12 | States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title
13 | 18, United States Code, Section 1029(c)(1)(C) and (c)(2); Title 21, United States Code,
14 | Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be
15 | disposed of according to law:

    i.   any and all fraudulent identification documents including, but not limited
         to at least:

         a)   any and all social security cards including, but not limited to at
              least the following cards (identified by initials of the card holder
              and last four digits of the social security number)

| A.B. / 8426 | A.T. / 6893 | B.B. / 1456 | B.P. / 1910 |
| E.B. / 2264 | E.C. / 8066 | H.F. / 7113 | J.F. / 2025 |
| K.J. / 8531 | K.M. / 0227 | M.B. / 5857 | W.B. / 0189 |

b) any and all driver's licenses or identification cards including, but not limited to at least:

1. Nevada driver's licenses in the name of A.A., A.G., A.L., B.B., D.W., I.B., J.M., L.P., M.B., M.L., M.Z., R.A., R.M., T.D., V.P., V.S., and W.C.;

2. Nevada identification card in the name of L.S.;

3. Ohio driver's license in the name of I.G.;

4. U.S. Employment Authorization Card in the name of D.C.; and

5. U.S. passport in the name of B.D.

ii. any and all fraudulent access devices including, but not limited to at least:

a) any and all credit or debit cards including, but not limited to at least the following cards (identified by the initials of the card holder and the last four digits of the card number):

| A.A. / 2678 | A.B. / 9542 | A.C. / 3302 | A.C. / 7232 | A.C. / 7376 |
|---|---|---|---|---|
| A.H. / 1996 | A.H. / 3319 | A.H. / 8238 | A.L. / 2409 | A.L. / 7709 |
| A.N. / 2821 | A.S. / 6957 | A.S. / 7164 | B.B. / 1472 | B.B. / 4613 |
| B.B. / 5452 | B.B. / 8453 | B.J. / 7893 | B.M. / 1515 | B.P. / 1526 |
| B.S. / 3454 | B.S. / 3496 | B.S. / 9533 | B.T. / 1705 | C.D. / 4096 |
| C.P. / 4745 | C.S. / 2834 | C.S. / 3466 | C.T. / 5225 | C.V. / 4511 |
| D.A. / 8664 | D.B. / 6819 | D.C. / 0055 | D.G. / 1137 | D.G. / 4002 |
| D.K. / 2919 | D.M. / 0657 | D.M. / 1576 | D.M. / 8317 | D.N. / 7127 |
| D.S. / 2380 | D.T. / 6159 | D.W. / 7658 | E.E. / 6145 | E.F. / 7324 |
| E.H. / 8898 | E.M. / 4822 | E.M. / 6611 | E.P. / 4875 | E.S. / 3810 |
| F.C. / 2090 | F.C. / 4171 | F.E. / 5061 | F.J. / 0710 | G.M. / 7837 |
| G.Q. / 6233 | G.R. / 9027 | H.G. / 7765 | I.A. / 5236 | I.C. / 5113 |
| I.G. / 3008 | I.G. / 5146 | I.G. / 6190 | I.P. / 3925 | J.A. / 2350 |
| J.A. / 3868 | J.A. / 6801 | J.A. / 7371 | J.C. / 6125 | J.C. / 7366 |
| J.C. / 7763 | J.D. / 3230 | J.F. / 0551 | J.F. / 2501 | J.G. / 3253 |
| J.G. / 4012 | J.H. / 7869 | J.H. / 7999 | J.H. / 8821 | J.L. / 8492 |

| | | | | |
|---|---|---|---|---|
| J.M. / 0432 | J.M. / 1720 | J.M. / 5845 | J.M. / 7407 | J.M. / 9871 |
| J.N. / 9735 | J.P. / 1614 | J.P. / 3955 | J.P. / 7556 | J.R. / 9843 |
| J.S. / 2583 | J.S. / 8737 | J.V. / 6037 | K.B. / 2902 | K.D. / 2602 |
| K.E. / 0801 | K.H. / 6054 | K.H. / 6287 | K.H. / 7541 | K.M. / 6289 |
| K.S. / 7840 | K.T. / 1016 | K.V. / 0826 | L.A. / 8790 | L.C. / 5346 |
| L.D. / 0319 | L.E. / 6145 | L.F. / 2210 | L.F. / 5381 | L.G. / 7777 |
| L.H. / 8487 | L.H. / 8487 | L.J. / 0225 | L.S. / 1004 | L.S. / 1084 |
| L.S. / 3210 | L.T. / 3008 | L.U. / 8911 | L.W. / 5637 | M.B. / 0143 |
| M.B. / 1508 | M.B. / 7704 | M.C. / 4071 | M.E. / 1115 | M.F. / 4052 |
| M.H. / 5750 | M.H. / 9438 | M.L. / 3801 | M.L. / 3997 | M.M. / 3895 |
| M.P. / 1840 | M.R. / 3222 | M.S. / 5721 | M.S. / 7904 | M.S. / 9067 |
| M.S. / 9437 | M.T. / 0032 | M.U. / 0057 | N.H. / 9744 | N.M. / 8320 |
| N.P. / 8919 | N.V. / 6037 | N.W. / 4051 | P.C. / 3828 | P.C. / 5485 |
| P.C. / 8146 | P.D. / 5431 | P.D. / 9543 | P.H. / 6510 | P.O. / 6817 |
| P.S. / 7709 | P.W. / 7928 | R.A. / 3752 | R.B. / 7531 | R.B. / 8060 |
| R.D. / 4665 | R.G. / 0586 | R.G. / 4591 | R.H. / 7010 | R.K. / 4735 |
| R.L. / 1585 | R.L. / 3349 | R.M. / 3554 | R.R. / 4568 | R.S. / 5511 |
| R.T. / 1172 | R.Z. / 0104 | R.Z. / 0772 | S.B. / 7166 | S.B. / 9695 |
| S.C. / 0320 | S.C. / 2853 | S.D. / 0292 | S.H. / 4886 | S.J. / 9879 |
| S.K. / 5084 | S.K. / 8345 | S.L. / 0366 | S.L. / 0717 | S.L. / 1173 |
| S.L. / 2028 | S.L. / 3989 | S.L. / 9663 | S.N. / 1026 | S.S. / 1590 |
| S.V. / 4511 | S.W. / 4163 | S.W. / 4975 | S.Y. / 2789 | T.A. / 4074 |
| T.C. / 5477 | T.C. / 6372 | T.D. / 9171 | T.E. / 8752 | T.G. / 6596 |
| T.G. / 6965 | T.J. / 5283 | T.M. / 0627 | T.M. / 1855 | T.M. / 7202 |
| T.N. / 1264 | T.S. / 0569 | T.W. / 1292 | T.W. / 6846 | V.C. / 7691 |
| V.K. / 2812 | V.T. / 5815 | W.D. / 1611 | W.D. / 5431 | W.L / 3741 |
| W.S. / 3593 | W.S. / 6917 | X.L. / 7755 | Y.A. / 1939 | Y.V. / 8340 |
| Z.E. / 0646 | | | | |

b) any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers including, but not limited to at least the following card numbers (identified by the initials of the account holder and the last four digits of the card number):

| | | | | |
|---|---|---|---|---|
| A.B. / 0144 | A.B. / 2164 | A.B. / 3169 | A.D. / 5432 | A.D. / 8763 |
| A.M. / 7169 | A.P. / 1604 | A.P. / 4988 | B.B. / 8426 | B.C. / 6479 |
| B.P. / 0651 | B.S. / 1837 | B.S. / 3620 | C.L. / 8995 | D.F. / 4839 |
| D.H. / 4773 | E.A. / 9096 | E.T. / 5307 | E.V. / 8246 | F.O. / 0033 |
| G.F. / 4821 | I.F. / 6458 | J.D. / 6688 | J.F. / 4291 | J.H. / 6724 |

4

| J.R. / 1502 | J.R. / 5667 | K.H. / 1960 | K.K. / 6152 | K.M. / 7363 |
|---|---|---|---|---|
| L.A. / 7722 | L.W. / 2222 | L.W. / 4120 | M.A. / 1790 | M.B. / 5482 |
| M.G. / 2541 | M.K. / 6887 | N.F. / 2040 | N.K. / 2278 | N.L. / 8466 |
| N.P. / 4400 | P.I. / 9279 | R.K. / 3555 | S.B. / 7442 | S.M. / 7508 |
| S.O. / 2578 | S.O. / 7205 | S.O. / 8360 | S.S. / 7165 | S.T. / 1964 |
| T.A. / 2110 | T.G. / 5089 | T.S. / 5031 | V.C. / 8789 | Z.W. / 8958 |

c) any and all notebooks, checks, account statements, and other papers containing bank account numbers including, but not limited to at least the following account numbers (identified by the bank and last four digits of the account numbers):

1. 1st Bank account ending in 3278;

2. America First Credit Union account ending in 3199;

3. BancFirst account ending in 2448;

4. Bank of America accounts ending in 0077, 0243, 1031, 1054, 1072, 1189 1624, 2194, 2194, 2234, 2273, 2478, 2662, 2723, 2874, 2952, 3084, 3308, 5296, 5466, 6283, 6599, 6611, 6637, 8386, 8399, 8481, 8494, 8663, and 9817;

5. Bank of Nevada account ending in 1802;

6. Boulder Dam Credit Union account ending in 4007;

7. Central Bank account ending in 8477;

8. Chase Bank accounts ending in 0238, 0621, 0692, 0863, 2239, 3013, 3020, 3392, 3442, 6339, 7251, 7277, 7609, 8555, and 8855;

9. Citibank accounts ending in 7816 and 4955;

10. Clark County Credit Union accounts ending in 1592, 2175, 2527, and 8256;

11. Comerica Bank accounts ending in 8912 and 5212;

12. Discover Bank account ending in 8846;

13. Fifth Third Bank account ending in 6420;

14. Financial Horizons Credit Union account ending in 5009;

15. First Niagara Bank account ending in 6257;

16. In Touch Credit Union accounts ending in 0036 and 8172;

17. Navy Federal Credit Union accounts ending in 2068, 2509, 2756, 4922, 8980, 9004, 9004, 9096, 9462, and 9920;

18. Nevada State Bank accounts ending in 5315 and 8325;

19. North Shore Bank account ending in 0707;

20. One Nevada Credit Union accounts ending in 2997, 3692, and 4966;

21. PNC Bank account ending in 2265;

22. River Cities Bank account ending in 6321;

23. Trust One Financial account ending in 0216;

24. UMB Bank account ending in 1478;

25. Union Bank account ending in 1483;

26. US Bank accounts ending in 1517, 3953, 5247, 5313, 6138, 6903, 8308, and 9821;

27. USAA Federal Savings Bank accounts ending in 0592, 5735, and 6668;

28. Washington Mutual Bank account ending in 3479;
29. Wells Fargo Bank account ending in 0421, 0583, 0891, 0904, 1079, 1199, 1324, 1511, 2230, 2555, 2661, 2951, 3175, 3183, 3253, 3824, 3901, 4142, 4404, 4760, 5080, 5130, 5231, 5477, 5511, 5554, 5727 , 6006, 6407, 7031, 7250, 7347, 7367, 7401, 8256, 8945, 9143, 9420, and 9829;
30. Wintrust Bank accounts ending in 0361, 0395, 2246, 3742, 5118, 5133, 6734, 6803, 6899, and 9244;

iii. any and all stolen mail including, but not limited to at least 2,000 pieces of mail

(all of which constitutes property);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 19 day of April, 2018.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE